THOMAS F. LANDERS [SBN 207335]
tlanders@swsslaw.com
MATTHEW T. ARVIZU [SBN 313933]
marvizu@swsslaw.com
SOLOMON WARD SEIDENWURM & SMITH, LLP
401 B Street, Suite 1200
San Diego, California 92101
(t) 619.231.0303
(f) 619.231.4755

Attorneys for Defendant,
Midland Credit Management, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| KARLA URIBE,<br><br>          Plaintiff,<br><br>     v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; and DOES 1-10 inclusive,<br><br>          Defendants. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(a)**<br><br><br>State Court Complaint filed:  3/25/2020 |

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. sections 1441(a) and 1331, Defendant Midland Credit Management, Inc. ("Midland") hereby remove this action from the Superior Court of the State of California for the County of Los Angeles, Case No. 20STLC02770 (the "State Case") to the United States District Court for the Central District of California, Western Division.  The grounds for this removal are:

## FACTUAL SUMMARY

1.     On March 25, 2020, plaintiff Karla Uribe ("Plaintiff"), commenced the State Case alleging violations of the Rosenthal Fair Debt Collection Practices Act

1  (Cal. Civ. Code § 1788 *et seq*.) and Telephone Consumer Protection Act (47 U.S.C.
2  § 227).

3      2.    Plaintiff served MCM with the summons and complaint on April 27,
4  2020.

5      3.    This notice is therefore timely pursuant to 28 U.S.C. § 1446(b) because
6  it is being filed within thirty days after service of the complaint.

7  **JURISDICTION**

8      4.    Removal is proper pursuant to 28 U.S.C. section 1441(a), which
9  entitles a defendant to remove "any civil action brought in a State court of which the
10 district courts of the United States have original jurisdiction," and 28 U.S.C. section
11 1331, which gives district courts "original jurisdiction of all civil actions arising
12 under the Constitution, laws, or treaties of the United States." The district court has
13 supplemental jurisdiction over the alleged state law claims because they are so
14 related to the claims over which the district court has original jurisdiction that they
15 "form part of the same case or controversy." 28 U.S.C. § 1367(a).

16     5.    Pursuant to 28 U.S.C. section 1446(a), Midland Defendants attach as
17 **Exhibit 1** and **Exhibit 2** a copy of all process, pleadings, and orders in the State
18 Court action.

19 DATED: May 27, 2020         Respectfully submitted,

20                     SOLOMON WARD SEIDENWURM &
21                     SMITH, LLP

22                     By:   /s/ Thomas F. Landers
23                           THOMAS F. LANDERS
24                           MATTHEW T. ARVIZU
25                           Attorneys for Defendant, MIDLAND
26                           CREDIT MANAGEMENT, INC.

27

28

1

## INDEX TO EXHIBITS

2

<u>Pages</u>

3

4

Exhibit 1:    State Court Complaint.................................................................   1-5

Exhibit 2:    State Court Answer ...................................................................   6-10

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28