Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA URIBE, ) <br> Plaintiff, ) <br> -vs- ) <br> MIDLAND CREDIT MANAGEMENT, ) <br> INC., and DOES 1-10, inclusive, ) <br> Defendant. ) | Case No. 2:20-cv-04713-MCS-JPR <br><br> **NOTICE OF SETTLEMENT** |

NOW COME THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** October 28, 2020      **Law Offices of Todd M. Friedman, P.C.**

                    By: s/ Todd M. Friedman
                    Todd M. Friedman, Esq.

Notice of Settlement - 1

## CERTIFICATE OF SERVICE

Filed electronically on October 28, 2020, with:

United States District Court CM/ECF system

Notification sent electronically on October 28, 2020 to:

To the Honorable Court, all parties and their Counsel of Record

<u>By: s/ Todd M. Friedman</u>
Todd M. Friedman, Esq.